UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-9062-JFW(MRWx)** | Dated: March 3, 2023 |
| Title: | Jose Castelan -v- Ford Motor Company, et al. | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS (IN CHAMBERS):   **ORDER TAKING UNDER SUBMISSION DEFENDANT FORD MOTOR COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS [filed 2/2/2023; Docket No. 23];**

**ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA [filed 2/3/2023; Docket No. 25]**

Defendant Ford Motor Company's Motion for Judgment on the Pleadings and Plaintiff's Motion for Remand to Superior Court of California are currently on calendar for March 6, 2023 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for March 6, 2023 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.