| | |
|---|---|
| 1 | Michael D. Mortenson, State Bar No. 247758 |
| | mmortenson@mortensontaggart.com |
| 2 | Craig A. Taggart, State Bar No. 239168 |
| | ctaggart@mortensontaggart.com |
| 3 | Patricia H. Jun, State Bar No. 277461 |
| | pjun@mortensontaggart.com |
| 4 | **MORTENSON TAGGART ADAMS LLP** |
| 5 | 300 Spectrum Center Dr., Suite 1200 |
| | Irvine, CA 92618 |
| 6 | Telephone: (949) 774-2224 |
| | Facsimile: (949) 774-2545 |

JS-6

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASTELAN, | CASE: 2:22-cv-09062-JFW-MRWx |
| | Hon. John F. Walter |
| Plaintiff, | |
| vs. | |
| | **JUDGMENT** |
| FORD MOTOR COMPANY, a Delaware Corporation, | |
| Defendant. | |

Pursuant to the Court's Order granting the Motion for Judgment on the Pleadings filed by defendant Ford Motor Company ("Defendant") (Docket Nos. 38-39), which granted judgment for Defendant on the claim asserted by plaintiff Jose Castelan ("Plaintiff"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

Dated: March 10, 2023

Hon. John F. Walter, U.S. District Judge